**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 12 2008

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>Appellant,<br><br>v.<br><br>MAHMOUD AHMADDENEJAD,<br>President of Iran, et al.,<br><br>Appellees. | No. 07-17380<br>D.C. No. CV-07-05656-MJJ<br><br>Norther California<br>(San Francisco)<br><br>**ORDER** |

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

Molly Dwyer
Acting Clerk of Court

By: Jeffery Crocker
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 12 2008

by
Deputy Clerk

| | |
|---|---|
| Jonathan Lee Riches (−: 40948−018)<br>　　Plaintiff − Appellant | Jonathan Lee Riches<br>[COR LD NTC Pro Se]<br>FCIW − FEDERAL CORRECTIONAL INSTITUTION<br>(WILLIAMSBURG)<br>P.O. Box 340<br>Salters, SC 29590−0000 |
| v. | |
| Mahmoud Ahmaddenejad, President of Iran<br>　　Defendant − Appellee | No appearance, Esq.<br>No appearance<br>No street<br>No city, CA 94103−0000<br>US |
| Islamic Revolutionary Guard Corps<br>　　Defendant − Appellee | No appearance, Esq.<br>(see above) |
| Qods Force<br>　　Defendant − Appellee | No appearance, Esq.<br>(see above) |
| Bank Saderat<br>　　Defendant − Appellee | No appearance, Esq.<br>(see above) |
| Bank Mellat<br>　　Defendant − Appellee | No appearance, Esq.<br>(see above) |
| Bank Mell<br>　　Defendant − Appellee | No appearance, Esq.<br>(see above) |
| Saeed Jalili<br>　　Defendant − Appellee | No appearance, Esq.<br>(see above) |