**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

———————

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

March 19, 2008

CASE NUMBER: **CV 07-05656 MJJ**  
CASE TITLE: **JONAHTAN LEE RICES-v- MAHMOUD AHMADINE JAD**  
DATE MANDATE FILED: 3/14/08

TO COUNSEL OF RECORD:

     The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                                                Sincerely,

                                                RICHARD W. WIEKING, Clerk

                                                by: *Sheila Rash* (signature)  
                                                Case Systems Administrator

Distribution:   CIVIL     -     Counsel of Record

                    CRIMINAL  -     Counsel of Record  
                                          U.S. Marshal (Copy of Mandate)  
                                          U.S. Probation Office

NDC App-16