**FILED**

MAY 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

Jonathan Lee Riches,
Plaintiff

Civil No: 07-05656

v.

Mahmood Ahmadinejad, et, al,
Defendants

Motion for Judges Recusal under 28 USC 455 (A)(B)
Motion for Counsel

Plaintiff never received a fair hearing from Judge Jenkins. Under 28 USC 455 (A)(B) Jenkins should of recused herself because she personally knows the Defendants and invests in defendants Banks and Plaintiff seeks counsel on a rehearing. Plaintiffs civil rights were violated. Plaintiff seeks a new Judge because of this conflict of Interest

Ahmadinejad supports Israel

843-387-9400